SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas

**301 Fannin Street**
**Houston, Texas 77002-2066**

May 14, 2015

Harris County District Clerk's Office -
Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL and HARRIS
COUNTY MESSENGER *

    **ATTENTION:  Barbara Anderson**


    **RE:**    **Court of Appeals Number:**  01-15-00421-CR    **Trial Court Case Number:**  1314602

    **Style:**    Albert Lynch v. The State of Texas

        Pursuant to this Court's December 23, 2014 order, **SX Nos. 31, 40, 134 and 135** were ordered filed for our review during the pendency of the appeal.

        Pursuant to 1997 Supreme Court Order B.4, **SX Nos. 31, 40, 134 and 135** are being returned to the District Clerk's Office.

                            Sincerely,

                            Christopher A. Prine, Clerk of the Court

                            By Ora Patterson, Deputy Clerk


    ** **PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS.**


Received by: _____  Date: _____